UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL DE'SEAN GREGORY,
Institutional ID No. 02408039

        Plaintiff,

v.

TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, JOHN
MIDDLETON UNIT, *et al.*,

        Defendants.

No. 1:22-CV-00156-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Dkt. No. 67. No party objected, and the time to do so has passed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate. As a result, the Court denies Defendants' motion to dismiss for failure to state a claim. Dkt. No. 60.

The Court will set a schedule for the completion of discovery, the filing of dispositive motions, and other pretrial matters by separate order.

So ordered.

Dated August 29, 2025.

                                              JAMES WESLEY HENDRIX
                                              United States District Judge